```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO

ANTHONY JERDINE,                )    CASE NO.  1:09 MC 25
                                )
         Plaintiff,             )    JUDGE CHRISTOPHER A. BOYKO
                                )
         v.                     )
                                )
UNITED STATES OF AMERICA,       )
     et al.,                    )
                                )
         Defendants.            )
```

ORDER

On March 19, 2009, Anthony Jerdine filed a document entitled "Original Action Civil Rule 3.10 (Miscellaneous Docket)." It is apparent that Mr. Jerdine is seeking to attack his pending prosecution in Northern District of Ohio Case No. Case No. 1:08 CR 481. Any such challenge must take place in that case.

Accordingly, this Miscellaneous Case is terminated. Further, the Clerk is instructed not to accept any further documents for filing in this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

                         S/Christopher A. Boyko
                         CHRISTOPHER A. BOYKO
                         UNITED STATES DISTRICT JUDGE

May 13, 2009